UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED
OCT 8 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

No. 7:02-M-490

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ORDER ALLOWING DISMISSAL OF |
| v. | ) CRIMINAL INFORMATION AND |
| | ) WITHDRAWAL OF ARREST WARRANT |
| THOMAS M. ZUNIGA | ) |

Leave of court is granted for the filing of the foregoing dismissal.

10-8-2010
DATE:

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE